

*#4*
*fee paid*
*B088*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of

Pennsylvania

Pittsburgh    Division

| | |
|---|---|
| Rebecca Hutchman | Case No. __2:25-cv-1136__ |
| | *(to be filled in by the Clerk's Office)* |
| **Plaintiff(s)** | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*   x  Yes  ☐ No |
| –v– | |
| Judge Kim D. Eaton | **FILED** |
| David Etzi Jr. | |
| Allegheny County | JUL 29 2025 |
| **Defendant(s)** | CLERK U.S. DISTRICT COURT |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | WEST. DIST. OF PENNSYLVANIA |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rebecca Hutchman |
| Street Address | 322 Mall Blvd. PMB 320 |
| City and County | Monroeville, Allegheny |
| State and Zip Code | Pennsylvania, 15146 |
| Telephone Number | 412-215-5110 |
| E-mail Address | truthbyrebecca@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Judge Kim D. Eaton |
| Job or Title *(if known)* | Family Court Judge |
| Street Address | 440 Ross Street |
| City and County | Pittsburgh, Allegheny |
| State and Zip Code | Pennsylvania 15219 |
| Telephone Number | unknown |
| E-mail Address *(if known)* | unknown |

Defendant No. 2

| | |
|---|---|
| Name | David Etzi Jr. |
| Job or Title *(if known)* | Tipstaff (Listed on SOP; Performed Judicial Tasks) |
| Street Address | 440 Ross Street |
| City and County | Pittsburgh, Allegheny |
| State and Zip Code | Pennsylvania 15219 |
| Telephone Number | unknown |
| E-mail Address *(if known)* | unknown |

Defendant No. 3

| | |
|---|---|
| Name | Allegheny County |
| Job or Title *(if known)* | Government Entity |
| Street Address | 436 Grant Street |
| City and County | Pittsburgh, Allegheny |
| State and Zip Code | Pennsylvania 15219 |
| Telephone Number | unknown |
| E-mail Address *(if known)* | unknown |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |

City and County                  _____

State and Zip Code               _____

Telephone Number                 _____

E-mail Address *(if known)*       _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the          parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties       is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of       another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a          diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    X   Federal question           ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983 - Civil action for deprivation of rights
Fourteenth Amendment - Due process and equal protection violations

This Court has jurisdiction under 28 U.S.C. § 1331, as this case arises under federal constitutional law and 42 U.S.C. § 1983. Plaintiff also invokes this Court's authority to issue declaratory and equitable relief as permitted under 28 U.S.C. §§ 2201 and 2202.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the
State of *(name)* _____.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)* _____
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

    a.      If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.      If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

        Plaintiff is seeking **$5.8 million** in total damages, consisting of $4.3 million in compensatory damages and $1.5 million in punitive damages, for ongoing civil rights violations, denial of due process, and First and Fourteenth Amendment violations resulting in long-term harm, retaliatory exposure, and obstructed access to relief.

## III.    Statement of Claim

    Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On June 18, 2025, I appeared pro se in a family court hearing before Judge Kim D. Eaton in Allegheny County. During this hearing, the judge's son, David Etzi Jr., was present behind the bench performing official judicial duties, including swearing in witnesses, retrieving exhibits, and delivering orders. His name appears in multiple locations in the court transcript (**Exhibits A1–A3**) as "DJ," confirming his active judicial role during the proceeding. This presence and relationship were never disclosed to me before or during the hearing.

This concealment denied me the opportunity to object, request recusal, or be heard before a neutral tribunal, as guaranteed by due process under the Fourteenth Amendment. The judge continued to preside over the case while her son operated in an official capacity, violating the integrity of the proceeding.

Additionally, the court's official **Standard Operating Procedures** (SOPs) identify "David Etzi" as the courtroom tipstaff (**Exhibit B**), but make no mention of the familial connection to the presiding judge. This omission, combined with transcript references and personal disclosure outside the record, demonstrates a structural concealment of a disqualifying conflict of interest.

As a result of these due process violations, I was denied a fair hearing and subjected to reputational harm, emotional distress, and increased exposure to harassment following the decision. I am bringing this complaint under 42 U.S.C. § 1983 for violations of my constitutional rights under the Fourteenth Amendment.

This action is brought pursuant to 42 U.S.C. § 1983, as the conduct described herein was carried out under color of state law and resulted in the deprivation of Plaintiff's constitutional rights. Specifically, the concealment of the familial relationship between the presiding judge and courtroom staff constitutes non-judicial, administrative misconduct rather than discretionary judicial decision-making. Judicial immunity does not apply to acts of concealment, administrative misrepresentation, or extrajudicial participation that deny a litigant access to a fair tribunal. These actions resulted in systemic due process violations and directly obstructed Plaintiff's constitutional right to an impartial proceeding.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include     the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any  punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or  punitive money damages.

I respectfully request that the Court grant the following relief:

1. **Compensatory Damages** in the amount of **$4.3 million** for:
   - The denial of my constitutional right to a fair and impartial hearing under the Fourteenth Amendment;
   - Emotional distress, reputational damage, and public harm sustained as a result of the undisclosed familial relationship between Judge Kim D. Eaton and David Etzi Jr.;
   - Ongoing personal and legal impact resulting from a proceeding tainted by undisclosed conflict and procedural misconduct.
2. **Punitive Damages** in the amount of **$1.5 million** to punish the defendants for their willful concealment of a direct familial relationship during active court proceedings, and to deter similar constitutional violations in the future by any state or county officials acting under color of law.
3. **Declaratory Relief** establishing that the lack of disclosure by the defendants — specifically allowing a judge to preside over a hearing in which her son participated as courtroom staff — violated the plaintiff's Fourteenth Amendment rights.
4. I further request that **no nondisclosure agreement (NDA)** be imposed as a condition of settlement or resolution of this matter, **with the sole exception** of any agreement related to the **specific amount paid.** All underlying facts, exhibits, and judicial conduct referenced in this complaint must remain part of the public record.
5. **Any additional relief** this Court deems just and proper based on the facts and ongoing harm sustained.
6. Plaintiff also seeks formal acknowledgment that the injuries sustained — including emotional distress, denial of justice, reputational harm, and ongoing risk of retaliatory legal and digital targeting — were caused by Defendants acting under color of law. These injuries continue to affect Plaintiff's safety, legal access, and public credibility. Plaintiff asks that the Court recognize that the misconduct described is not protected by judicial immunity due to its administrative and concealed nature, and that constitutional redress is warranted under federal law.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a                nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have      evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable   opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the                requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7/29/2025

Signature of Plaintiff

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Printed Name of Plaintiff    Rebecca Hutchman

**B.**    **For Attorneys**

Date of signing:    7/29/2025

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address