**Exhibits to Civil Complaint**

Exhibit A: Transcript Excerpts

The following pages are excerpted from the official June 18, 2025 court transcript in the matter presided over by Judge Kim D. Eaton in Allegheny County Family Court. They directly reference the presence and courtroom duties of 'DJ,' later identified as David Etzi Jr., the son of Judge Eaton. These pages demonstrate that DJ performed official duties during the hearing, including swearing in witnesses and retrieving exhibits, without disclosing his familial relationship.

Transcript Exhibit A-1

```
                                                    4

 1                      - - - - -
 2              MS. TAYBRON:  We have one
 3   witness, Your Honor.
 4              THE COURT:  Who is?
 5              MS. TAYBRON:  And that is --
 6              MS. STILES:  Her name is
 7   Lorraine (indiscernible).  She is my biological
 8   mother.
 9              THE COURT:  Okay.  Do you have
10   any other witnesses?
11              MS. TAYBRON:  No, Your Honor.
12              THE COURT:  Okay.  We'll cross
13   that bridge when we come to it.  Have at it,
14   Ms. Hutchman.  Oh, wait, wait.  Swear them in,
15   DJ.
16              (All witnesses were sworn in)
17              THE COURT:  Go ahead.
18              MS. HUTCHMAN:  Can I start
19   with my opening?
20              THE COURT:  What?
21              MS. HUTCHMAN:  Can I start
22   with my opening?
23              THE COURT:  No.  You start
24   with testimony.
25              MS. HUTCHMAN:  Right.  Right.
```

Transcript Exhibit A-2

```
                                                    13
1                  - - - - -
2      an actual screen shot of her looking at my
3      profiles after that date.  If you give me a
4      second, I can actually pull it up.
5                  THE COURT:  Okay.  Please show
6      it to her.
7                  MS. HUTCHMAN:  Right here.
8      It's Exhibit 3.7.  It's a L Sharrett (phonetic)
9      student at PennWest, California, Johnson City,
10     Tennessee.  L Sharrett (phonetic).  She lives
11     in Johnson City, Tennessee.
12                 THE COURT:  No.  No.  I was
13     going to say she can look at it.  Let her look
14     at it.
15                 MS. HUTCHMAN:  Would you like
16     a copy?
17                 THE COURT:  Yes.  Can you get
18     that for me?
19                 MS. HUTCHMAN:  It's 3.7.  And
20     also --
21                 THE COURT:  DJ is coming up to
22     get it.
23                 MS. HUTCHMAN:  There is a
24     digital reference as well just in case it's
25     needed.
```

Transcript Exhibit A-3

```
                                                    61
 1              - - - - -
 2      going to defer counsel fees if there's any
 3      further proceedings.  I have to give the orders
 4      because they told me they're online.  They are
 5      not.  Because I'm dismissing the ICC, and I'm
 6      dismissing both PFAs.  So stay out in the
 7      waiting room until I can get them.  DJ is going
 8      to get them for me.
 9              - - -
10          (Whereupon, this matter adjourned.)
11              - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```