# NOTICE OF SERVICE OF SUMMONS

Plaintiff Rebecca Hutchman, proceeding pro se, respectfully submits this Notice of Service to confirm that Defendant David Etzi Jr. was served with the summons and complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## Details of Service
• Defendant: David Etzi Jr.

• Method of Service: UPS Ground Commercial, Sig Reg (w/Delv Confirm)

• Date of Delivery: July 31, 2025

• Delivery Location: Allegheny County Family Division, 440 Ross St, Pittsburgh, PA

• Proof of Delivery: Attached as Exhibit A (UPS Tracking) and Exhibit B (Photo Documentation)

## Exhibit A – UPS Tracking Confirmation
See attached PDF showing UPS delivery confirmation for the package containing the summons and complaint.

## Exhibit B – Mailing Photos
Photographs of the summons package, shipping label, and receipt are included to verify proper service.

Submitted by: Rebecca Hutchman
Date: July 31, 2025

AO 440 - David Etzi JR.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Etzi Jr

was received by me on *(date)* July 31, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served via UPS Ground with delivery confirmation and signature required. Delivered on 7/31/2025 at 12:40pm to Allegheny County Family Division 440 Ross St Pittsburgh PA 15219, Sign for by "Pamplin" at official court office.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 7/31/2025

Server's signature: *[signature]*

Rebecca Hutchman - Plaintiff
Printed name and title

322 Mall Blvd PMB 320 Monroeville PA 15146
Server's address

Additional information regarding attempted service, etc:

Shipment originated from The UPS Store #0730 in Monroeville PA. Tracking # 1ZE00A6742585860308 Receipt and delivery confirmation attached.

Print    Save As...    Reset

## Exhibit A – UPS Tracking Confirmation

See attached PDF showing UPS delivery confirmation for the package containing the summons and complaint.

Tracking | UPS - United States                                                                 7/31/25, 22:57

## Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZE00A674258586308

**Weight**
0.50 LBS

**Service**
UPS Ground

**Shipped / Billed On**
07/30/2025

**Additional Information**
Signature Required

**Delivered On**
07/31/2025 12:40 P.M.

**Received By**
PAMPLIN

**Delivered To**
PITTSBURGH, PA, US

**Left At**
Office

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 07/31/2025 10:57 P.M. EST

https://www.ups.com/track?tracknum=1ze00a674258586308&loc=en_US&requester=QUIC/trackdetails                    Page 1 of 1

**Exhibit B – Mailing Photos**
Photographs of the summons package, shipping label, and receipt are included to verify proper service.

```
Shipment Receipt:  Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:                    SHIPMENT INFORMATION:
Wed 30 Jul 2025               UPS Ground Commercial
                              0 lb 7.2 oz actual wt
EXPECTED DELIVERY DATE:       1.000 lb billable wt
THUR 31 JUL 2025 EOD          Dims: 13.00x10.00x1.00 in Store Packed
                              Pack and Ship Guarantee
SHIP FROM:                    Sig Req (w/Delv Confirm)
REBECCA HUTCHMAN
322 MALL BLVD
BOX 320                       Tracking Number: 1zE00A674258586308
Monroeville PA 15146          Shipment ID: MM58RW30ROK06
(412) 215-5110                Ship Ref 1: - -
                              Ship Ref 2: - -
SHIP TO:
DAVID ETZI JR                 DESCRIPTION OF GOODS:
ALLEGHENY COUNTY FAMILY DIVISION   DOCUMENTS
440 ROSS ST
PITTSBURGH PA 15219-2117
Business
                              SHIPMENT CHARGES:
                              Ground Commercial        13.17
                              Service Options           7.20
                              CMS Processing Fee        0.22
SHIPPED THROUGH:
The UPS Store #0730
MONROEVILLE, PA 15146-2229
(412) 856-9818
                              Total                   $20.59

ShipmentID: MM58RW30ROK06                    The UPS Store
Powered by iShip(r)  Pacific Time F
07/30/2025  06:10 PM
```