# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

Pittsburgh Division

| | |
|---|---|
| Rebecca Hutchman <br> *Plaintiff* <br><br> -v- <br><br> David Etzi Jr. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.    2:25-cv-01136-WSS |

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT DAVID ETZI JR.

**To the Clerk of the U.S. District Court for the Western District of Pennsylvania**

Plaintiff Rebecca Hutchman respectfully requests that the Clerk of Court enter default against Defendant David Etzi Jr. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

1. On July 31, 2025, Defendant Etzi Jr. was duly served with the Summons and Complaint in this action, as reflected in the Proof of Service filed on the docket (ECF No. 3).

2. Under Rule 12(a)(1)(A)(i), Defendant was required to serve an answer or otherwise respond within twenty-one (21) days after service.

3. As of the date of this filing, August 25, 2025, Defendant Etzi Jr. has failed to plead or otherwise defend this action, and the time for doing so has expired.

4. No extension of time to respond has been sought or granted.

Accordingly, Plaintiff requests that the Clerk enter default against Defendant Etzi Jr. pursuant to Rule 55(a).

Respectfully submitted,
/s/ Rebecca Hutchman
322 Mall Blvd PMB 320
Monroeville PA 15146
Dated: August 25, 2025

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

Pittsburgh Division

|  |  |  |
|---|---|---|
| Rebecca Hutchman<br>*Plaintiff*<br><br>-v-<br><br>David Etzi Jr.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   2:25-cv-01136-WSS |

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST

**To the Clerk of the U.S. District Court for the Western District of Pennsylvania**

**I, Rebecca Hutchman, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:**

1. I am the Plaintiff in this action.

2. On July 31, 2025, Defendant David Etzi Jr. was served with the Summons and Complaint via UPS Ground Commercial with Sig Req (w/Delv Confirm), tracking no. 1zE00A674258586308, delivered on July 31,2025. Proof of Service was filed at ECF No. 3.

3. More than twenty-one (21) days have elapsed since service.

4. As of August 25, 2025, Defendant has not filed an Answer, Motion, or otherwise defended this action.

5. No extension of time has been granted.

Executed on August 25, 2025.

Respectfully submitted,

/s/ Rebecca Hutchman
322 Mall Blvd PMB 320
Monroeville PA 15146
Dated: August 25, 2025

# U̲NITED S̲TATES D̲ISTRICT C̲OURT

for the

Western District of Pennsylvania

Pittsburgh Division

| | |
|---|---|
| Rebecca Hutchman | ) |
| *Plaintiff* | ) |
| | ) |
| **-v-** | ) |
| | ) Case No. 2:25-cv-01136-WSS |
| | ) |
| David Etzi Jr. | ) |
| *Defendant(s)* | ) |

## CLERK'S ENTRY OF DEFAULT

AND NOW, this ___ day of August, 2025, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk hereby enters default against Defendant David Etzi Jr. for failure to plead or otherwise defend in this action.

BY THE CLERK:

_____

Deputy Clerk

_____

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

Pittsburgh Division

| | | |
|---|---|---|
| Rebecca Hutchman <br> *Plaintiff* | ) ) ) ) | |
| -v- | ) ) ) | Case No.   2:25-cv-01136-WSS |
| | ) ) ) ) ) | |
| David Etzi Jr. <br> *Defendant(s)* | ) ) | |

## EXHIBT A

**Proof of Service of Summons on Defendant David Etzi Jr.**

Plaintiff attaches hereto a copy of the previously filed Notice of Service of Summons (Document 3), including UPS tracking and delivery confirmation, establishing that Defendant David Etzi Jr. was duly served with the Summons and Complaint on July 31, 2025.

Respectfully submitted,

/s/ Rebecca Hutchman
322 Mall Blvd PMB 320
Monroeville PA 15146


Dated: August 25, 2025

# NOTICE OF SERVICE OF SUMMONS

Plaintiff Rebecca Hutchman, proceeding pro se, respectfully submits this Notice of Service to confirm that Defendant David Etzi Jr. was served with the summons and complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**Details of Service**
• Defendant: David Etzi Jr.

• Method of Service: UPS Ground Commercial, Sig Reg (w/Delv Confirm)

• Date of Delivery: July 31, 2025

• Delivery Location: Allegheny County Family Division, 440 Ross St, Pittsburgh, PA

• Proof of Delivery: Attached as Exhibit A (UPS Tracking) and Exhibit B (Photo Documentation)

**Exhibit A – UPS Tracking Confirmation**
See attached PDF showing UPS delivery confirmation for the package containing the summons and complaint.

**Exhibit B – Mailing Photos**
Photographs of the summons package, shipping label, and receipt are included to verify proper service.

Submitted by: Rebecca Hutchman
Date: July 31, 2025

AO 440 - David Etzi JR.

**AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)**

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **David Etzi Jr**
was received by me on *(date)* **July 31, 2025**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Served via UPS Ground with delivery confirmation and signature required. Delivered on 7/31/2025 at 12:40pm to Allegheny County Family Division 440 Ross St Pittsburgh PA 15219. Sign for by "Pamplin" at official court office.**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **7/31/2025**

Server's signature: *(signed)*

Printed name and title: **Rebecca Hutchman - Plaintiff**

Server's address: **322 Mall Blvd PMB 320 Monroeville PA 15146**

Additional information regarding attempted service, etc:
**Shipment originated from The UPS Store #0730 in Monroeville, PA. Tracking # 1ZE00A6742585860308 Receipt and delivery confirmation attached.**

**Exhibit A – UPS Tracking Confirmation**
See attached PDF showing UPS delivery confirmation for the package containing the summons and complaint.

Tracking | UPS - United States                                                                                 7/31/25, 22:57

## Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number** | **Weight** |
| 1ZE00A674258586308 | 0.50 LBS |
| **Service** | **Shipped / Billed On** |
| UPS Ground | 07/30/2025 |
| **Additional Information** | |
| Signature Required | |
| **Delivered On** | **Received By** |
| 07/31/2025 12:40 P.M. | PAMPLIN |
| **Delivered To** | **Left At** |
| PITTSBURGH, PA, US | Office |

Please print for your records as photo and details are only available for a limited time.

Sincerely,
UPS

Tracking results provided by UPS: 07/31/2025 10:57 P.M. EST

https://www.ups.com/track?tracknum=1ze00a674258586308&loc=en_US&requester=QUIC/trackdetails                Page 1 of 1

**Exhibit B – Mailing Photos**

Photographs of the summons package, shipping label, and receipt are included to verify proper service.

```
Shipment Receipt:    Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:                    SHIPMENT INFORMATION:
Wed 30 Jul 2025               UPS Ground Commercial
                              0 lb 7.2 oz actual wt
EXPECTED DELIVERY DATE:       1.000 lb billable wt
THUR 31 JUL 2025 EOD          Dims: 13.00x10.00x1.00 in Store Packed
                              Pack and Ship Guarantee
SHIP FROM:                    Sig Req (w/Delv Confirm)
REBECCA HUTCHMAN
322 MALL BLVD
BOX 320                       Tracking Number: 1zE00A674258586308
Monroeville PA 15146          Shipment ID: MM58RW30R0K06
(412) 215-5110                Ship Ref 1: - -
                              Ship Ref 2: - -
SHIP TO:
DAVID ETZI JR                 DESCRIPTION OF GOODS:
ALLEGHENY COUNTY FAMILY DIVISION   DOCUMENTS
440 ROSS ST
PITTSBURGH PA 15219-2117
Business
                              SHIPMENT CHARGES:
                              Ground Commercial      13.17
                              Service Options         7.20
                              CMS Processing Fee      0.22
SHIPPED THROUGH:
The UPS Store #0730
MONROEVILLE, PA 15146-2229
(412) 856-9818
                              Total              $20.59

ShipmentID: MM58RW30R0K06
Powered by iShip(r)  Pacific Time F           The UPS Store
07/30/2025  06:10 PM
```

UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

Pittsburgh Division

| | |
|---|---|
| Rebecca Hutchman </br>*Plaintiff* </br></br> -v- </br></br></br></br> David Etzi Jr. </br></br>*Defendant(s)* | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No.    2:25-cv-01136-WSS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I served a true and correct copy of the foregoing Plaintiff's Request for Clerk's Entry of Default Against Defendant David Etzi Jr., together with the Declaration, Proposed Clerk's Entry of Default, and attached Exhibit A, by depositing same in the UPS with tracking, properly addressed and with postage prepaid, to:

David Etzi Jr.
Allegheny County Family Division
440 Ross St
Pittsburgh PA 15219-2117
Dated: August 25, 2025

Respectfully submitted,
/s/ Rebecca Hutchman
322 Mall Blvd PMB 320
Monroeville, PA 15146