IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Rebecca Hutchman | : | |
| | : | 2:25-cv-01136 |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | Honorable William S. Stickman |
| Judge Kim D. Eaton, et al. | : | |
| | : | |
| *Defendants* | : | |
| _____ | : | |

**Defendants the Honorable Kim D. Eaton and
David Etzi, Jr.'s Motion to Dismiss Complaint**

**NOW COMES** Defendants the Honorable Kim D. Eaton and David Etzi, Jr. (together "Judicial Defendants"), by and through undersigned counsel, who file this Motion to Dismiss Plaintiff's Complaint pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6), for the reasons set forth below and more fully in the accompanying brief:

1. This matter arises out of Plaintiff's state court action in the Court of Common Pleas of Allegheny County.

2. Plaintiff alleges that her due process and equal protection rights under the Fourteenth Amendment were violated because Judicial Defendants did not disclose that they are mother and son. (Doc. 1, p. 5 § 3).

1

3. Judge Eaton is a sitting judge of the Court of Common Pleas of Allegheny County, Family Division.

4. David Etzi, Jr. is her tipstaff and son.

5. Judge Eaton oversaw Plaintiff's state court matter; Defendant Etzi performed his duties as a member of her tipstaff.

6. According to Plaintiff, Judicial Defendants' familial connection, which was never disclosed to her, created a conflict of interest because Defendant Etzi "was present behind the bench performing official judicial duties, including swearing in witnesses, retrieving exhibits, and delivering orders" while Judge Eaton presided over her state court matter. (Doc. 1, p. 5 § 3).

7. Plaintiff claims that Judicial Defendants mother-son relationship created a conflict of interest which denied her a fair hearing, and as a result, has been subjected to reputational harm, emotional distress, and increased exposure to harassment. (Doc. 1, p. 5 § 3).

8. Plaintiff brings this action pursuant to 42 U.S.C. § 1983.

9. Plaintiff seeks monetary damages as well as declaratory relief.

10.  Plaintiff's claims against Judicial Defendants, in their individual capacities, are barred by judicial immunity and quasi-judicial immunity.

11.  Plaintiff's claims against Judicial Defendants, in their official capacities, are barred by the Eleventh Amendment.

12.  Judicial Defendants, in their official capacities, are not "persons" subject to suit under 42 U.S.C. § 1983.

13.  Plaintiff fails to state a cognizable claim for relief.

14.  Any amendment to the Complaint would be futile.

**WHEREFORE**, Defendants the Honorable Kim D. Eaton and David Etzi, Jr. respectfully request this Honorable Court to grant their motion and dismiss Plaintiff's Complaint with prejudice.

Respectfully submitted,

*s/Sonya Kivisto*
Sonya Kivisto, Esquire
Attorney I.D. Pa. 92919
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6326
E-mail:  legaldepartment@pacourts.us
***Attorney for the Honorable Kim D. Eaton and David Etzi, Jr.***

3

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Rebecca Hutchman | : | |
| | : | 2:25-cv-01136 |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | Honorable William S. Stickman |
| Judge Kim D. Eaton, et al. | : | |
| | : | |
| *Defendants* | : | |

## Certificate of Concurrence / Non-concurrence

Counsel attempted to contact the Plaintiff via e-mail, requesting her concurrence with this Motion. Counsel received no response and given the defenses raised, it is assumed that Plaintiff would not concur in the motion.

/s/Sonya Kivisto
**Sonya Kivisto, Esquire**
Attorney I.D. Pa 92919
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486

***Attorney for the Honorable Kim D. Eaton and David Etzi, Jr.***