IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REBECCA HUTCHMAN,

        Plaintiff,                         Civil Action No. 2:25-cv-1136-WSS

    v.

                                           Judge William S. Stickman

JUDGE KIM D. EATON,
DAVID ETZI JR.
ALLEGHENY COUNTY.

        Defendants.

## MOTION TO DISMISS COMPLAINT

Pursuant to FED.R.CIV.P. 12(b)(6) Allegheny County files this MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT.

1. Plaintiff Rebecca Hutchman, acting *pro se*, has filed a Complaint consisting of seven pages and 1 count. The sole count is for a section 1983 claim for an alleged violation of Ms. Hutchman's 14th Amendment Due Process rights.

2. The Complaint fails to set forth claims upon which relief can be granted.

3. The Complaint was filed on July 29, 2025, for a family court hearing on June 18, 2025, where Judge Eaton presided.

4. Ms. Hutchman claims that not knowing that David Etzi Jr., a tipstaff for Judge Eaton, is also Judge Eaton's son violated her due process right.

5. Pennsylvania courts are a state agency and not a county agency.

6. Allegheny County has no authority to supervise or prescribe rules of practice for Court of Common Pleas' judges.

Wherefore, Allegheny County respectfully requests that its MOTION TO DISMISS be GRANTED and the Complaint be dismissed.

Respectfully submitted,

*s/ Virginia Spencer Scott*
Virginia Spencer Scott
Assistant County Solicitor
Pa. I.D. #61647

ALLEGHENY COUNTY LAW DEPARTMENT
Firm #057
445 Fort Pitt Boulevard, Suite 300
Pittsburgh, Pennsylvania 15219
412-350-1173
virginia.scott@alleghenycounty.us


*/s/ Alexander D. Inman*

Alexander D. Inman
Assistant County Solicitor
Pa I.D. #335487

Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1120
Alexander.Inman@alleghenycounty.us

**Certification of Conferral Before Filing Motion and Brief**

Before filing the Motion to Dismiss and Brief in Support, pursuant to the Chambers' Rules of this Court, undersigned counsel sent an email to Ms. Hutchman's email listed on the Complaint detailing the position of Allegheny County. Since there was no response, Allegheny County has filed this Motion to Dismiss.

Respectfully submitted,

*/s/ Alexander D. Inman*

Alexander D. Inman
Assistant County Solicitor
Pa I.D. #335487