IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REBECCA HUTCHMAN,

        Plaintiff,

   v.

JUDGE KIM D. EATON,
DAVID ETZI JR.,
ALLEGHENY COUNTY

        Defendants.

Civil Action No. 2:25-cv-1136-WSS

Judge William S. Stickman

### PROPOSED ORDER

AND NOW, this ____ day of _____ 2025, after consideration of Allegheny County's MOTION TO DISMISS THE COMPLAINT, said Motion is GRANTED. Plaintiff's Complaint is hereby DISMISSED.

**BY THE COURT:**

_____, **J.**
William S. Stickman
United States Judge